1  Name: Robert Perez
2  Address: 264 Grace Lane
   Arroyo Grande, CA 93420
3  Phone Number: 805 704 9758
4  E-mail Address: perez5855@hotmail.com
5  *Pro Se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thompson, Steve<br>Thompson, Shannon<br><br>            Plaintiff,<br><br>vs.<br>Robert Perez<br><br>            Defendant. | Case Number: CV 12-03894<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 28, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge