United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE THOMPSON AND SHANNON THOMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> SANTA CRUZ COUNTY HUMAN SERVICES DEPARTMENT, THE HONORABLE DENINE J. GUY, ROBERT PEREZ, AND MARDELL PEREZ, <br><br> Defendants. | Case No.: 12-CV-03894-LHK <br><br> ORDER GRANTING MOTION TO SEAL |

Plaintiffs, who are proceeding *pro se*, filed their Complaint in this matter on July 25, 2012. ECF No. 1. Attached to and referenced in the Complaint are numerous confidential documents relating to, among other things, juvenile court proceedings involving Plaintiffs' minor children's and/or the children's medical care. Many of the exhibits disclose Plaintiffs' children's names. Plaintiffs did not redact any of the confidential information from the attached exhibits.

Due to Plaintiffs' failure to redact the exhibits, on November 21, 2013, Defendants Santa Cruz County Human Services Department ("Department") and Santa Cruz County Superior Court Judge Denine J. Guy ("Judge Guy") (collectively, "County Defendants") filed a Motion to Seal. ECF No. 31 ("Motion to Seal"). The County Defendants attached to the Motion to Seal an exhibit, Exhibit A, in which the County Defendants identified the following exhibits as exhibits that should be sealed: 2, 3, 5-13, 15, 18, 20-22, 25, 27-32, 35, 38-40, 42-44, and 46. The County Defendants

1

Case No.: 12-CV-03894-LHK
ORDER GRANTING MOTION TO SEAL

1  did not propose any redactions to the Complaint itself.  On or about the time that the County
2  Defendants filed their Motion to Seal, the Court electronically locked the Complaint and attached
3  exhibits to prevent public access to those documents pending the Court's determination of the
4  Motion to Seal.

5  On December 5, 2012, Plaintiffs filed an opposition to the Motion to Seal.  ECF No. 35
6  ("Opposition").  In Plaintiffs' Opposition, Plaintiffs appeared to contend that the redactions
7  proposed by the County Defendants are too broad and that more narrow redactions are appropriate.
8  *See id.* at 5 (stating that "[t]he Plaintiffs would ask the [C]ourt to redact any information relating to
9  the minor children only.").  Plaintiffs did not attach their proposed redactions.

10  On April 18, 2013, the Court held a hearing on three Motions to Dismiss the Complaint
11  filed by the Department, Judge Guy, and Defendants Robert Perez and Mardell Perez.  *See* ECF
12  Nos. 28, 29, 47.  At the hearing, Plaintiffs agreed that any confidential information in the
13  Complaint and attached exhibits should be sealed.  Plaintiffs stated that they opposed the Motion to
14  Seal due to the mistaken belief that, if the information was sealed, this Court would not be able to
15  access the information for the purposes of deciding whether Plaintiffs' Complaint should be
16  dismissed.

17  The Court agrees that the exhibits to the Complaint contain confidential information which
18  should be sealed.  Accordingly, the County Defendants' Motion to Seal is GRANTED.  The Clerk
19  shall seal Exhibits 2, 3, 5-13, 15, 18, 20-22, 25, 27-32, 35, 38-40, 42-44, and 46 to the Complaint.
20  The Clerk shall remove the electronic lock restricting access to the remaining exhibits and the
21  Complaint.

22  **IT IS SO ORDERED.**

23  Dated: June 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 12-CV-03894-LHK
ORDER GRANTING MOTION TO SEAL