**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVE THOMPSON AND SHANNON THOMPSON<br><br>Plaintiffs,<br>v.<br><br>SANTA CRUZ COUNTY HUMAN SERVICES DEPARTMENT, THE HONORABLE DENINE J. GUY, ROBERT PEREZ, AND MARDELL PEREZ,<br><br>Defendants. | Case No.: 12-CV-03894-LHK<br><br>ORDER RE: IN FORMA PAUPERIS STATUS |

On May 29, 2013, the Ninth Circuit requested that this Court determine whether Plaintiffs' in forma pauperis status should continue for Plaintiffs' appeal or whether the appeal is frivolous or taken in bad faith. ECF No. 61; *See Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) ("If at least one issue or claim is found to be non-frivolous, leave to proceed in forma pauperis on appeal must be granted for the case as a whole."). The Court finds that the appeal is non-frivolous and has not been taken in bad faith. Accordingly, Plaintiffs' in forma pauperis status should be continued for the appeal.

**IT IS SO ORDERED.**

Dated: June 10, 2013

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1